## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CERAMEDIC LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 15-703-GMS |
| v. | ) |
| | ) |
| DEPUY ORTHOPAEDICS, INC. and | ) |
| CERAMTEC GMBH, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO VACATE THE COURT'S RULING AND FOR DISMISSAL WITH PREJUDICE

Plaintiff, CeraMedic LLC ("CeraMedic") and Defendants, DePuy Orthopaedics, Inc. and CeramTec GmbH (collectively, "Defendants"), through their attorneys, and subject to the approval of the Court, hereby enter into the following Stipulation to have certain prior judgments, orders and decisions vacated and to dismiss with prejudice.

WHEREAS on October 1, 2015 this Court issued its Order granting injunctive relief for the reasons stated at the September 23, 2015 teleconference (D.I. 28) (the "Order Granting Injunction");

WHEREAS Defendants filed a notice of appeal to the United States Court of Appeals for the Third Circuit (D.I. 31);

WHEREAS the Third Circuit has not yet completed hearing the appeal;

WHEREAS the parties have agreed to settle all claims before this Court; and

WHEREAS the parties jointly seek vacatur of the Court's Order Granting Injunction.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The routine practice of courts to vacate prior rulings accommodated the settlement process in this case. *See, e.g., Cisco Sys., Inc. v. Telcordia Techs., Inc.*, 590 F. Supp. 2d 828, 830 (E.D. Tex. 2008) (stating "a district court may vacate its own claim construction order upon settlement.").

2. This Court has good reason to vacate the Order which includes promoting settlements and preserving judicial resources. *See, e.g., British Telecomm. PLC v. CoxCom, Inc., et al.*, No. 10-658, 2014 WL 1364853 (D. Del. Mar. 7, 2014) (vacating claim construction and summary judgment Orders and Opinions after "determining that good reason" existed to do so).

IN LIGHT OF THE FOREGOING, IT IS HEREBY ORDERED that:

1. The Court vacates the Court's Order Granting Permanent Injunction (D.I. 28);

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court dismisses all claims between the parties in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees; and

3. This Court shall retain jurisdiction of all matters concerning the settlement in this action, including over the Settlement Agreement entered into by the Parties in this action, for the purpose of enforcing the Settlement Agreement. The Settlement Agreement shall be and is hereby incorporated by reference into this Stipulated Order.

2

Dated: November 6, 2015

FARNAN LLP

By: */s/ Michael J. Farnan*
    Brian E. Farnan (#4089)
    Michael J. Farnan (#5165)
    919 N. Market Street, 12th Floor
    Wilmington, DE 19801
    Tel: (302) 777-0300
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

*Attorneys for Plaintiff CeraMedic LLC*

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Stephen C. Norman*
    Stephen C. Norman (#2686)
    Alan R. Silverstein (#5066)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    snorman@potteranderson.com
    asilverstein@potteranderson.com

*Attorneys for Defendants DePuy Orthopaedics, Inc. and CeramTec GmbH*

IT IS SO ORDERED this 9th day of Nov., 2015.

_____
The Honorable Gregory M. Sleet